

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

FILED

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07    5707
MEJ

November 5, 2007

United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

Re:  Transfer of our Civil Case No. <u>SACV07-00833-AG (ANx)</u>

Case Title: <u>MAGIC CONTROL TECH V. KENSINGTON COMPUTER</u>

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

RAMONA LA CHAPELLE

By _____
Deputy Clerk

cc:  All counsel of record

=========================================================================================================

## TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case
number CV: ____

CV 07    5707    MEJ

Clerk, U.S. District Court

By _____
Deputy Clerk

Priority
Send
JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

 CV 07-0833 AG (MLGx)       Date: October 19, 2007

Title: MAGIC CONTROL TECHNOLOGIES V. KENSINGTON COMPUTER PRODUCTS GROUP, ET AL.

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    [IN CHAMBERS] ORDER GRANTING UNOPPOSED REFILED MOTION TO TRANSFER ACTION

On October 12, 2007, Intervenor Displaylink Corporation filed its Unopposed Refiled Motion to Transfer Action ("Motion"). Under 28 U.S.C. 1404(a), a district court may transfer any action for "the convenience of parties and witnesses, in the interest of justice." Having weighed the convenience of the parties, the convenience of the witnesses, and the interest of justice in this case, this Court has concluded that this action should be transferred to the Northern District of California.

This Court previously postponed this decision to allow the Northern District Court to decide whether to accept transfer. As the Northern District Court has indicated willingness to accept transfer, the Court hereby GRANTS the unopposed Motion.

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

 1079

Initials of Preparer    _____    :    0

DOCKETED ON CM

OCT 2 3 2007

BY _____

(MLGx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:07-cv-00833-AG-MLG

| | |
|---|---|
| Magic Control Technologies v. Kensington Computer Products Group et al | Date Filed: 07/20/2007 |
| | Date Terminated: 10/19/2007 |
| Assigned to: Judge Andrew J. Guilford | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Marc L. Goldman | Nature of Suit: 830 Patent |
| Cause: 35:145 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Magic Control Technologies**
*a Taiwan corporation*

represented by **Erick P Wolf**
Wang Hartmann and Gibbs
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
949-833-8483
Email: ewolf@jcpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Franklin E Gibbs**
Wang Hartmann and Gibbs
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
949-833-8483
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F Cauley**
Wang Hartmann and Gibbs
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
949-833-8483
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**DisplayLink Corporation**

represented by **Stefani E Shanberg**
Wilson Sonsini Goodrich and Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Email: sshanberg@wsgr.com
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1079

V.

**Defendant**

**Kensington Computer Products
Group**
*a division of ACCO Brands
Corporation, a Delaware corporation*

**Defendant**

**GWC Technology Inc**
*a California corporation*

represented by **James C Yoon**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-565-5100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefani E Shanberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Good Way Tec Co Ltd**
*a Taiwan corporation*

**Defendant**

**Good Way Electronics**
*a China corporation*

**Intervenor Defendant**

**DisplayLink Corporation**
*a Washington corporation*

represented by **James C Yoon**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304-1050
650-493-9300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefani E Shanberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/20/2007 | 1 | COMPLAINT against defendants Kensington Computer Products Group, GWC Technology Inc, Good Way Tec Co Ltd, Good Way Electronics; (Filing fee $ 350 paid); Jury Demanded; filed by plaintiff Magic Control Technologies.(esa) (Entered: 07/26/2007) |
| 07/20/2007 | | Twenty day summons issued re Complaint - (Discovery)[1] as to Kensington Computer Products Group, GWC Technology Inc, Good Way Tec Co Ltd, Good Way Electronics. (esa) (Entered: 07/26/2007) |

| 07/20/2007 | 2 | Certification and Notice of Interested Parties filed by Plaintiff Magic Control Technologies. (esa) (Entered: 07/26/2007) |
| 07/20/2007 | | FAX number for Attorneys Richard F Cauley, Franklin E Gibbs, Erick P Wolf is 949-833-2281. (esa) (Entered: 07/26/2007) |
| 07/27/2007 | 3 | PROOF OF SERVICE Executed by plaintiff Magic Control Technologies, upon GWC Technology Inc served on 7/24/2007, answer due 8/13/2007. The Summons and Complaint were served by SUBSTITUTED service, by STATE statute, upon NICKIE KUO, PERSON APPARENTLY IN CHARGE. Due Dilligence declaration ATTACHED. Original Summons NOT RETURNED. (esa) (Entered: 07/31/2007) |
| 08/21/2007 | 6 | NOTICE OF MOTION AND MOTION and Memorandum of Points and Authorities in support of MOTION to Intervene and to Stay or Transfer action; filed by proposed Intervenor/Movant; DisplayLink Corporation; Motion set for hearing on 9/10/2007 at 10:00 AM before Judge Andrew J. Guilford; Lodged proposed Order (ear) (Entered: 08/31/2007) |
| 08/21/2007 | 7 | DECLARATION of Stefani E. Shanberg in support of DisplayLink Corporation's MOTION to Intervene and to Stay or Transfer action[6]; filed by Proposed Intervenor/Movant, DisplayLink Corporation (ear) (Entered: 08/31/2007) |
| 08/21/2007 | 8 | DECLARATION in support of DisplayLink Corporation's MOTION to Intervene and to Stay or Transfer action[6]; filed by Intervenor/Movant, DisplayLink Corporation (ear) (Entered: 08/31/2007) |
| 08/21/2007 | 9 | STATEMENT of non-opposition to Display Link Corporation's Motion to Intervene[6] and Joinder in Motion to Stay or Transfer action; filed by defendant, GWC Technology, Inc. (ear) (Entered: 08/31/2007) |
| 08/21/2007 | 15 | PROOF OF SERVICE filed by Plaintiff Magic Control Technologies, re MOTION for Order MOTION to Intervene[6] (see document for further details) served on 8/20/2007. (te) (Entered: 09/12/2007) |
| 08/21/2007 | 17 | NOTICE OF PENDENCY OF Other Action Or Proceeding Pursuant to Civil LR 83-1.4 filed by plaintiff DisplayLink Corporation. (rla) (Entered: 09/14/2007) |
| 08/22/2007 | 4 | ORDER RE EARLY MEETING OF PARTIES AND SCHEDULING CONFERENCE:Scheduling Conference set for 10/29/2007 09:00 AM before Judge Andrew J. Guilford.(lb) (Entered: 08/29/2007) |
| 08/27/2007 | 10 | MAGIC CONTROL TECHNOLOGIES' OPPOSITION TO DISPLAYLINK'S MOTION to INTERVENE AND TO STAY OR TRANSFER ACTION filed by Plaintiff Magic Control Technologies. (sd) (Entered: 09/10/2007) |
| 08/29/2007 | 5 | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT GWC TECHNOLOGY, INC. TO RESOND TO THE COMPLAINT to 9/13/2007 by Judge Andrew J. Guilford.(lb) (Entered: 08/30/2007) |
| 08/31/2007 | 11 | REPLY in support of MOTION to Intervene and to Stay or Transfer Action [6] filed by Intervenor DisplayLink Corporation. (ad) (Entered: |

| | | 09/12/2007) |
|---|---|---|
| 08/31/2007 | 12 | DECLARATION of Michael V Ward in support of MOTION to Intervene and Stay or Transfer [6] filed by Intervenor DisplayLink Corporation. (ad) (Entered: 09/12/2007) |
| 08/31/2007 | 13 | CERTIFICATE OF SERVICE filed by Intervenor DisplayLink Corporation, re Reply [11], Declaration [12] served on 8/31/07. (ad) (Entered: 09/12/2007) |
| 09/10/2007 | 18 | MINUTES OF Motion Hearing held before Judge Andrew J. Guilford : DISPLAY LINK'S MOTION TO INTERVENE AND TO STAY OR TRANSFER ACTION: Motion to Interve is GRANTED; Motion to Stay or Transfer Action is GRANTED IN PART. Order Signed and Filed this date.Court Reporter: Gary George.(lb) (Entered: 09/21/2007) |
| 09/10/2007 | 20 | COMPLAINT IN INTERVENTION against intervenor defendant DisplayLink Corporation and defendants Kensington Computer Products Group, GWC Technology Inc, Good Way Tec Co Ltd, Good Way Electronics, filed by intervenor-defendant DisplayLink Corporation.(klg) (Entered: 10/12/2007) |
| 09/11/2007 | 14 | ORDER by Judge Andrew J. Guilford: GRANTING MOTION to Intervene and Granting In Part Motion to Stay or Transfer Action [6]: DisplayLink's Motion to Stay is GRANTED pending decision of the judge in the Northern District Suit. Plaintiff must file a motion to transfer the Northern District Suit to this Court within three weeks. If Plaintiff does not file a motion to transfer, or if the judge in the Northern District Suit denies Plaintiff's motion to transfer, DisplayLink should refile its motion to transfer with this Court, and the Court will transfer this case to the Northern District of California. IT IS SO ORDERED. (rla) (Entered: 09/12/2007) |
| 09/13/2007 | 16 | STIPULATION EXTENDING TIME FOR DEFENDANT GWC TECHNOLOGY, INC. TO RESPOND TO COMPLAINT to September 13, 2007 AND ORDER by Judge Andrew J. Guilford.(lb) (Entered: 09/14/2007) |
| 09/24/2007 | 19 | PROOF OF SERVICE filed by Intervenor DisplayLink Corporation Re Complaint-In-Intervention of Intervenor served on (see document for further details) on 9/21/2007. (te) (Entered: 10/03/2007) |
| 10/12/2007 | 21 | UNOPPOSED REFILED NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of California AND Memorandum of Points and Authorities in support of Motion to Transfer Action; filed by Intervenor DisplayLink Corporation. (te) (Entered: 10/15/2007) |
| 10/12/2007 | 22 | DECLARATION OF STEFANI E. SHANBERG in support of DisplayLink's unopposed refiled Motion to Transfer Action, Re Motion to Transfer Case to Northern District of California [21]; filed by Intervenor Defendant DisplayLink Corporation. (te) (Entered: 10/15/2007) |
| 10/12/2007 | 23 | CERTIFICATE OF SERVICE filed by Intervenor DisplayLink Corporation, Re Declaration of Stefani E. Shanberg (Motion Related) [22], Motion to Transfer Case to Northern District of California [21] |

| | | served on (see document for Service List) on 10/12/2007. (te) (Entered: 10/15/2007) |
|---|---|---|
| 10/19/2007 | 24 | MINUTES OF (IN CHAMBERS) ORDER by Judge Andrew J. Guilford: GRANTING UNOPPOSED REFILED MOTION to Transfer Case to Northern District of California [21]. (Made JS-6. Case Terminated.)(rla) (Entered: 10/23/2007) |
| 10/19/2007 | 25 | PROOF OF SERVICE FOR: 1) Defendant Kensington Computer Products Group, a division of ACCO Brands Corporation, a Delaware corporation; filed by Plaintiff Magic Control Technologies, Re Certificate of Interested Parties [2], Complaint (Discovery) [1], Summons Issued (see document for further details) served on Defendant Kensington Computer Products Group on 10/18/2007. (te) (Entered: 10/23/2007) |
| 11/05/2007 | | TRANSMITTAL of documents to USDC Northern District of California. Transmitting original documents, certified copy of transfer order and docket. (rla) (Entered: 11/05/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/05/2007 16:20:00 | | |
| **PACER Login:** | us3877 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 8:07-cv-00833-AG-MLG |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

1  **WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
4  Newport Beach, CA 92660
Telephone: (949) 833-8483
5  Facsimile: (949) 833-2281

6  Attorneys for Plaintiff, Magic Control Technologies

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                                    SACV07 833 AG (MLGx)

11  MAGIC CONTROL TECHNOLOGIES,        | CASE NO.:
a Taiwan corporation
12                                     |
                                        | COMPLAINT FOR PATENT
13            Plaintiff,               | INFRINGEMENT

14   vs.                               | DEMAND FOR JURY TRIAL

15
KENSINGTON COMPUTER
16  PRODUCTS GROUP,
a division of ACCO Brands Corporation,
17  a Delaware corporation; GWC
TECHNOLOGY, INC., a California
18  corporation; GOOD WAY TECH. CO.,
LTD., a Taiwan corporation; and GOOD
19  WAY ELECTRONICS, a China
corporation.
20
21            Defendant.
22

23        Magic Control Technologies ("MCT") states the following as its Complaint

24  for Patent Infringement against Kensington Computer Products Group

25  ("Kensington"), GWC Technology, Inc. ("GWC"), Good Way Tech. Co., Ltd.

26  ("Good Way Tech"), and Good Way Electronics ("Good Way Electronics").

27  ///

28  ///

- 1 -

**COMPLAINT FOR PATENT INFRINGEMENT**

## THE PARTIES

1.      MCT is a Taiwan corporation headquartered at 6F, No.120-11, Sec.3, Jhongshan RD., Jhonghe City, Taipei 235, Taiwan. R.O.C.

2.      MTC is a leading manufacturer of USB peripherals, including the fastest PCI-E Docking Solution, USB Connectivity products (USB to VGA Adapter/Converter, Hub, Cable), Networking Product (Server and Network Attached Storage) and Multi-User Multimedia Workstation.

3.      Upon information and belief, Kensington is headquartered at 333 Twin Dolphin Drive, Sixth Floor, Redwood Shores, CA 94065.

4.      Upon information and belief, Kensington is a division of ACCO Brands Corporation, a Delaware corporation.

5.      Upon information and belief, Kensington is engaged in the sale of mobile computing accessories including a USB to VGA Adapter/ Converter.

6.      Upon information and belief, GWC is a California corporation headquartered at 345 Cloverleaf Drive, Suite # A, Baldwin Park, CA 91706.

7.      Upon information and belief, GWC is responsible for importing and offering for sale, mobile computing accessories including a USB to VGA Adapter/Converter packaged and sold under the Kensington brand name.

8.      Upon information and belief, Good Way Tech is a Taiwan corporation headquartered at 3F, No. 135, Lane 235, Pau-Chiao Rd., Hsin-Tien City, 231 Taipei County, Taiwan.

9.      Upon information and belief, Good Way Tech is responsible for arranging for the importation and sale in at least California of mobile computing accessories including a USB to VGA Adapter/Converter packaged and sold under the Kensington brand name.

10.     Upon information and belief, Good Way Electronics is a China corporation headquartered at 366, Chang-Jiang N. Rd., Kun-Shan, Jiangsu, China.

1    11.    Upon information and belief, Good Way Electronics works in

2  connection with GWC and Good Way Tech to import and sell mobile computing

3  accessories including a USB to VGA Adapter/Converter packaged and sold under

4  the Kensington brand name.

5    12.    Upon information and belief, Good Way Electronics is responsible for

6  manufacturing mobile computing accessories including a USB to VGA

7  Adapter/Converter packaged and sold under the Kensington brand name.

8    13.    Upon information and belief, Defendants at all times mentioned

9  herein, were acting individually and/or as the agent, servant, partner, employee,

10  and/or alter ego of one or more of the other Defendants, and if acting as the agent,

11  servant, partner, employee, and/or alter ego of one or more of the other Defendants

12  in doing the things alleged herein, was acting within the scope of such agency,

13  servitude, partnership and/or employment.

14                    **NATURE OF THE ACTION**

15    14.    This is an action for patent infringement.

16    15.    MCT is the lawful assignee to United States Patent Number 7,203,788

17  (the "'788 Patent"), a true and correct copy of which is attached as Exhibit A.

18    16.    The '788 Patent is valid and enforceable.

19    17.    Upon information and belief, GWC, Good Way Tech, Good Way

20  Electronics, and Kensington are actively infringing the '788 Patent by making,

21  using, offering for sale, and selling products covered by the claims of '788 Patent

22  including the Kensington, "Notebook Expansion Dock with Video" that

23  incorporates a USB to VGA converter.

24    18.    Based upon information and belief, Kensington offers for sale and

25  sells the "Notebook Expansion Dock with Video" that incorporates a USB to VGA

26  converter in California.

27  ///

28  ///

- 3 -

1    19.    Based upon information and belief, GWC, Good Way Tech, Good

2  Way Electronics, and Kensington are actively contributing to the infringement of

3  the '788 Patent.

4    20.    Based upon information and belief, GWC, Good Way Tech, Good

5  Way Electronics, and Kensington are actively inducing others to infringe the '788

6  Patent.

7              **JURISDICTION AND VENUE**

8    21.    This action arises under the Patent Laws of the United States 35

9  U.S.C. §§ 1, *et. seq.*  This court has subject matter jurisdiction pursuant to 28

10  U.S.C. §§1331 and 1338(a).

11    22.    This court has personal jurisdiction over GWC, Good Way Tech,

12  Good Way Electronics, and Kensington because, on information and belief, each

13  party conducts business in the State of California and has committed acts of

14  infringement in this district, or has contributed to or induced acts of infringement

15  in this district.

16    23.    Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b),

17  1391(c), and/ or 1400(b).

18              **FIRST CAUSE OF ACTION**

19    **(Infringement of U.S. Patent No. 7,203,788 – Against All Defendants)**

20    24.    MCT realleges and incorporates by references the allegation contained

21  in paragraphs 1 through 23.

22    25.    The '788 Patent titled, "USB-to-VGA converter" was duly and legally

23  issued by the United States Patent and Trademark Office April 10, 2007 after full

24  and fair examination.

25    26.    Upon information and belief, GWC, Good Way Tech, Good Way

26  Electronics, and Kensington infringed and continue to infringe the '788 Patent by

27  making, using, offering to sell, selling (directly or through intermediaries), and/or

28  importing, in this district and elsewhere in the United States, products such as the

- 4 -

**COMPLAINT FOR PATENT INFRINGEMENT**

1  "Notebook Expansion Dock with Video" that incorporates a USB to VGA
2  converter, that use or embody the patented invention.

3      27.    Upon information and belief, GWC, Good Way Tech, Good Way
4  Electronics, and Kensington infringed and continue to infringe the '788 Patent by
5  actively inducing infringement of one or more claims of the '788 Patent.

6      28.    Upon information and belief, GWC, Good Way Tech, Good Way
7  Electronics, and Kensington infringed and continue to infringe the '788 patent by
8  contributing to the infringement of one or more claims of the '788 Patent.

9      29.    Upon information and belief, GWC, Good Way Tech, Good Way
10  Electronics, and Kensington's infringement of the '788 Patent has been and
11  continues to be deliberate, entitling MCT to increased damages under 35 U.S.C. §
12  284 and to attorneys' fees and costs incurred in prosecuting this action under 35
13  U.S.C. § 285.

14      30.    GWC, Good Way Tech, Good Way Electronics, and Kensington's
15  infringement of MCT's rights under the'788 Patent will continue to damage MCT,
16  causing irreparable harm for which there is no adequate remedy at law.

17                      **PRAYER FOR RELIEF**

18      WHEREFORE, MCT requests that the Court grant the following relief:

19      A.    Judgment that the '788 Patent is valid and enforceable;

20      B.    Judgment that GWC, Good Way Tech, Good Way Electronics, and
21  Kensington infringe the '788 Patent;

22      C.    Judgment that this case is exceptional in accordance with 35 U.S.C. §
23  285;

24      D.    An order that preliminarily and permanently enjoins GWC, Good
25  Way Tech, Good Way Electronics, and Kensington, their directors, officers,
26  employees, attorneys, agents and all persons in concert or participation with any of
27  the foregoing from further acts that infringe, contributorily infringe or induce
28  infringement of the '788 Patent;

1                        DEMAND FOR JURY TRIAL

2

3        Plaintiff hereby demands a jury trial as provided by Rule 38 of the Federal

4  Rules of Civil Procedure.

5

6  Dated: July 19, 2007                   WANG, HARTMANN & GIBBS

7                                    A Professional Law Corporation

8

9                     By: _____

10                          Richard F. Cauley

11                          Franklin E. Gibbs

                             Erick P. Wolf

12                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR PATENT INFRINGEMENT**

1    E.    An order that awards MCT recovery for all damages that result for
2  Kensington's infringing acts;

3    F.    An order that trebles the amount of damages as a result of the willful
4  and deliberate nature of GWC, Good Way Tech, Good Way Electronics, and
5  Kensington's acts;

6    G.    An order that awards interest on damages;

7    H.    An order that directs GWC, Good Way Tech, Good Way Electronics,
8  and Kensington to pay MCT's costs, expenses, and awards attorney fees in
9  accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of
10 Civil Procedure; and

11   I.    For such other and further relief as the Court may deem proper.

12

13 Dated: July 19, 2007                    WANG, HARTMANN & GIBBS
14                                          A Professional Law Corporation
15
16                              By:  _____
17                                          Richard F. Cauley
18                                          Franklin E. Gibbs
                                            Erick P. Wolf
19                                          Attorneys for Plaintiff
20
21
22
23
24
25
26
27
28

- 6 -

**COMPLAINT FOR PATENT INFRINGEMENT**

EXHIBIT

A



US007203788B2

(12) **United States Patent**
Liu

(10) Patent No.: **US 7,203,788 B2**
(45) Date of Patent: **Apr. 10, 2007**

(54) **USB-TO-VGA CONVERTER**

(75) Inventor: **Pei Chung Liu**, ChungHo (TW)

(73) Assignee: **Magic Control Technology Corporation**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 392 days.

(21) Appl. No.: **10/316,013**

(22) Filed: **Dec. 11, 2002**

(65) **Prior Publication Data**
US 2004/0117538 A1    Jun. 17, 2004

(51) **Int. Cl.**
*G06F 13/36* (2006.01)

(52) **U.S. Cl.** ...................... **710/315**; 710/107; 710/100; 710/305; 710/306

(58) **Field of Classification Search** ................ 710/315, 710/22, 308, 310, 100, 305–306
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,175,789 B1 * | 1/2001 | Beckert et al. | ............... | 701/33 |
| 6,202,008 B1 * | 3/2001 | Beckert et al. | ............... | 701/33 |
| 6,285,398 B1 * | 9/2001 | Shinsky et al. | ............... | 348/223.1 |
| 6,624,797 B1 * | 9/2003 | Wheeler et al. | ............... | 345/1.2 |
| 6,629,926 B1 * | 10/2003 | Finger et al. | ............... | 600/437 |
| 2001/0032280 A1 * | 10/2001 | Osakada et al. | ............... | 710/129 |

| | | | |
|---|---|---|---|
| 2002/0135584 A1 * | 9/2002 | Lee | ............................ 345/531 |
| 2004/0021615 A1 | 2/2004 | Benson et al. | |
| 2004/0153778 A1 * | 8/2004 | Cheng | ........................ 714/25 |

OTHER PUBLICATIONS

Subramaniam, K., "VinChip Announces Release of USB-PCI Device Bridge IP", San Jose, CA.
National Semiconductor, USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support, Nov. 1998.

* cited by examiner

*Primary Examiner*—Rehana Perveen
*Assistant Examiner*—Kim T. Huynh
(74) *Attorney, Agent, or Firm*—Rosenberg, Klein & Lee

(57) **ABSTRACT**

A USB-to-VGA converter includes a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

**19 Claims, 6 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

US 7,203,788 B2

1

## USB-TO-VGA CONVERTER

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a USB (Universal Serial Bus) to VGA (Video Graphics Array) converter, and in particular to a USB-to-VGA converter connectable between a USB port of a computer and a VGA display device.

2. The Related Art

A computer system comprises a display device connected to a host machine of the computer system for receiving display signals from the host computer and displaying messages associated with the display signals. The connection between the display device and the host computer is provided by an interface circuit built in the host computer, such as a PCI (Peripheral Component Interconnect) display interface and an AGP (Accelerated Graphics Port) display interface. A display interface card is mounted on a main board of the host computer for transmission of VGA signals to the display device. The display interface card occupies a portion of the limited space inside the host computer and in addition, increases the overall costs of the computer system. The display interface card is often connected to the display device by a cable for transmission of the display signals. The cable is adverse to the management of peripheral devices of the computer system and limits the distance that the display signals can be transmitted therethrough.

### SUMMARY OF THE INVENTION

Thus, an object of the present invention is to provide a USB-to-VGA converter which converts USB based display signals issued from a host computer into VGA signals that can be received and recognized by a display device whereby image to be displayed can be transmitted from the host computer in USB form.

Another object of the present invention is to provide a USB-to-VGA converter that converts USB based display signals from a host computer into VGA signals in a first-in-first-out manner for display in a VGA display device.

A further object of the present invention is to provide a USB-to-VGA converter that allows for direct transmission of USB signals from a host computer to a display device without adding any display interface card inside the host computer.

To achieve the above objects, in accordance with the present invention, there is provided a USB-to-VGA converter comprising a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be apparent to those skilled in the art by reading the following description of preferred embodiments thereof, with reference to the attached drawings, in which:

2

FIG. 1 is a system block diagram of a USB-to-VGA converter constructed in accordance with the present invention;

FIG. 2 is a block diagram of a bridge circuit of the USB-to-VGA converter of the present invention;

FIG. 3 is a block diagram of a bridge circuit of the USB-to-VGA converter in accordance with a different embodiment of the present invention;

FIG. 4 is a flow chart illustrating a process for a host computer to issue USB display signals to a USB controller;

FIG. 5 is a schematic view illustrating an application of the USB-to-VGA converter in connecting a display device to a host computer; and

FIG. 6 is a schematic view illustrating a different application of the USB-to-VGA converter in connecting a display device to a host computer.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to the drawings and in particular to FIG. 1, a USB-to-VGA converter constructed in accordance with the present invention, generally designated with reference numeral 100, comprises a USB controller 10, a VGA controller 20 and a bridge 30 connected between the USB controller 10 and the VGA controller 20. The USB controller 10 is connectable to a USB port 210 of a host computer 200 for receiving USB based display signals from the host computer 200. The VGA controller 20 is connectable to a display device 300 whereby the USB-to-VGA converter 100 provides a signal conversion and connection between the host computer 200 and the display device 300.

The bridge 30 that is connected between the USB controller 10 and the VGA controller 20 receives the USB based display signals from the USB controller 10 in a first-in-first-out (FIFO) manner and converts the USB based display signals into corresponding standard VGA signals which is then applied to the VGA controller 20. The VGA controller 20 in turn forwards the VGA signals to the display device 300 for display by the display device 300.

Also referring to FIG. 2, the bridge 30 comprises a firmware interface 31, a first-in-first-out (FIFO) controller 32 and a display interface conversion device 33. The firmware interface 31 is connected to the USB controller 10 and receives a bus control command A from the USB controller 10. The firmware interface 31 is also connected to the display interface conversion device 33 by a control bus B and a data bus C for transmission of a DMA control signal, a firmware control signal and a control command therebetween for allowing the display interface conversion device 33 to convert the USB based display signals into the corresponding VGA signals D which can be of PCI type or AGP type, but is not limited thereto.

The FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F. The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E. The FIFO controller 32 is connected to the display interface conversion device 33 by a data bus G and a control line H whereby the FIFO controller 32 issues FIFO control instruction to the display interface conversion device 33 via the control line H in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33 in a FIFO manner via the data bus G. The display interface

3

conversion device 33 then converts the USB based display signals into the corresponding VGA signals D and applies the VGA signals D to the display device 300.

FIG. 3 shows a block diagram of a different embodiment of the bridge 30 in which the display interface conversion device, which is designated with reference numeral 33' for distinction, is embodied as a PCI interface. The firmware interface 31 receives a PIO bus control command A' that is issued by the USB controller 10. The firmware interface 31 is connected to the display interface conversion device 33' by a DMA address control line B1, a DMA length control line B2, a DMA trigger control line B3, a firmware trigger control line B4 and a data bus C whereby the firmware interface 31 controls DMA address, data length and trigger signal of the display interface conversion device 33' and the triggering of the firmware by means of the DMA address control line B1, the DMA length control line B2, the DMA trigger control line B3, and the firmware trigger control line B4 and forwards control instructions and data to the display interface conversion device 33' via the data bus C.

In the embodiment illustrated in FIG. 3, similar to that shown in FIG. 2, the FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F. The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E. The FIFO controller 32 is connected to the display interface conversion device 33' by a data bus G and a control line H whereby the FIFO controller 32 issues a FIFO control instruction to the display interface conversion device 33' via the control line H in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33' in a FIFO manner via the data bus G. The display interface conversion device 33', based on the control signals including the DMA address, the data length, the trigger signal and the firmware triggering signal issued by the firmware interface 31 via the DMA address control line B1, the DMA length control line B2, the DMA trigger control line B3 and the firmware trigger control line B4, converts the USB based display signals into the corresponding PCI type VGA signals D' and applies the VGA signals D' to the display device 300.

The bridge 30 comprised of the USB-to-VGA converter of the present invention is embodied in for example a FPGA (Field Programmable Gate Array) chip. However, it can also be embodied in a single chip integrated circuit of different form, such as an ASIC, in which the firmware interface 31, the FIFO controller 32 and the display interface conversion device 33 (33') are integrated.

FIG. 4 shows an operation process of the USB-to-VGA converter 100 working with a host computer 200 to control the display device 300. The operation process discussed herein is based on the WINDOWS operation system released by Microsoft Company, comprising the following steps: In step 400, application software of the host computer 200 issues a request for display of messages. In step 410, the host computer 200 initiates GD132 display control function and forward the display messages of the application software to a graphics engine. The graphics engine is started in step 420 for processing the messages to be displayed. In step 430, a graphics driver is actuated to process and drive the displayed screen information. In step 440, the information is transmitted via the USB interface.

Based on the above description of the operation process of the USB-to-VGA converter 100, the USB-to-VGA converter

4

100 can work with any computer systems running under any operation systems. No hardware based display card is required inside the computer 200. The space that is traditionally occupied by the display card inside the computer 200 is thus saved. In addition, no large cable connected between the display device and the host computer is needed.

FIG. 5 shows an application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200. The USB-to-VGA converter 100 is encased in and embodied as an "adaptor" 600. In other words, the USB controller 10, the VGA controller 20 and the bridge 30 are arranged inside the adaptor 600. The adaptor 600 forms a VGA plug 620 releasably mating a signal inlet port 310 of the display device 300 and a USB socket 610 into which a USB plug 510 formed on an end of a USB cable 500 is plugged. An opposite end of the USB cable 500 forms another USB plug 510 for engaging a USB port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300.

FIG. 6 shows a different application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200 connected by a USB cable 500. The USB controller 10, the VGA controller 20 and the bridge 30 of the USB-to-VGA converter 100 of the present invention are integrated with a display control circuit 320 built inside the display device 300. The display control circuit 320 comprises a USB socket 330 exposed for engagement with a USB plug 510 formed on an end of the USB cable 500. An opposite end of the USB cable 500 forms another USB plug 510 for engaging a USB port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300. The VGA controller 20 is coupled to the display control circuit 320 for direct supply of VGA signals to the display device 300.

The present invention is aimed to provide a simple and low cost measure for connecting a host computer to a display device without a hardware based display interface card mounted inside the host computer. A USB cable can simply connect the display device to the host computer and allows for transmission of display signals in USB form that has a broad bandwidth and low signal lose. The USB signal is then converted into a VGA signal for proper display by the display device. Costs of the cable itself and the installation of the cable between the computer and the display device are thus substantially reduced. Flexibility of the arrangement of the display device with respect to the computer is also enhanced.

Although the present invention has been described with reference to the preferred embodiments thereof, it is apparent to those skilled in the art that a variety of modifications and changes may be made without departing from the scope of the present invention which is intended to be defined by the appended claims.

The invention claimed is:

1. A USB-to-VGA converter interconnecting through a USB port of a computer a display device controlled the computer comprising:

a USB controller disposed external to the computer and adapted to detachably connect to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer and adapted to connect to the display device for conveying VGA signals to the display device; and

US 7,203,788 B2

5

a bridge disposed external to the computer and connecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

2. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller comprises a USB socket.

3. The USB-to-VGA converter as claimed in claim 1, wherein the VGA controller comprises a VGA plug.

4. The USB-to-VGA converter as claimed in claim 1, wherein the converter is encased in an adaptor which comprises a USB socket for connection with the USB port of the computer.

5. The USB-to-VGA converter as claimed in claim 4, wherein the adaptor further comprises a VGA plug for connection with the display device.

6. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller, the bridge circuit and the VGA controller are integrated with a display control circuit built inside the display device.

7. The USB-to-VGA converter as claimed in claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8. The USB-to-VGA converter as claimed in claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

9. The USB-to-VGA converter as claimed in claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control signal, the firmware control signal and the control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10. The USB-to-VGA converter as claimed in claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

6

11. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. The USB-to-VGA converter as claimed in claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

17. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. A discrete USB-to-VGA converter externally interconnecting in detachable manner through a USB port of a computer a display device controlled the computer comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and interconnecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

* * * * *