1  JAMES C. YOON, State Bar No. 177155
      Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3  ROBIN L. BREWER, State Bar No. 253686
      Email: rbrewer@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Intervenor
8  DISPLAYLINK CORPORATION

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGIES, a Taiwan Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware Corporation; GWC TECHNOLOGY, INC., a California Corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan Corporation; and GOOD WAY ELECTRONICS, a China Corporation,<br><br>    Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>    Intervenor. | CASE NO.: C 07-05707 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
CASE NO.: C 07-05707 MEJ

C:\NrPortbl\PALIB1\RBR\3267345_1.DOC

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

2  The undersigned party hereby declines to consent to the assignment of this case to

3  a United States Magistrate Judge for trial and disposition and hereby requests the

4  reassignment of this case to a United States District Judge.

6  Dated: January 22, 2008     WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation

                               By:   /s/ Stefani E. Shanberg
                                     Stefani E. Shanberg

                               Attorneys for Intervenor
                               DISPLAYLINK CORPORATION

DECLINATION TO PROCEED BEFORE A          -1-          C:\NrPortbl\PALIB1\RBR\3267345_1.DOC
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
CASE NO.: C 07-05707 MEJ