1  **WANG, HARTMANN & GIBBS, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA  92660
   Telephone:  (949) 833-8483
5  Facsimile:   (949) 833-2281

6  Attorneys for Plaintiff, Magic Control Technologies

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 MAGIC CONTROL TECHNOLOGIES,          CASE NO.: C 07-05707 MEJ
   a Taiwan corporation

13                   Plaintiff,

14                                       **DECLINATION TO PROCEED BEFORE
   vs.                                   A MAGISTRATE JUDGE AND**
15                                       **REQUEST FOR REASSIGNMENT TO A**
                                         **UNITED STATES DISTRICT JUDGE**
16 KENSINGTON COMPUTER PRODUCTS
   GROUP,
17 a division of ACCO Brands Corporation, a
   Delaware corporation; GWC TECHNOLOGY,
18 INC., a California corporation; GOOD WAY
   TECH. CO., LTD., a Taiwan corporation; and
19 GOOD WAY ELECTRONICS, a China
   corporation.
20

21                   Defendant.

22

23

24

25

26

27 ///

28 ///

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
CASE NO.: C 07-05707 MEJ

1    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2        The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

4    this case to a United States District Judge.

5

6

7    Dated: February 4, 2008                     WANG, HARTMANN & GIBBS

8                                                A Professional Law Corporation

9

10                                    By:  _____

11                                         Richard F. Cauley
                                            Franklin E. Gibbs
12                                          Erick P. Wolf
                                            Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
CASE NO.: C 07-05707 MEJ