1  **WANG, HARTMANN, GIBBS & CAULEY, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA  92660
   Telephone:  (949) 833-8483
5  Facsimile:   (949) 833-2281

6  Attorneys for Plaintiff, Magic Control Technologies

7

8              **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11
   MAGIC CONTROL TECHNOLOGIES,              CASE NO.: C 07-05707 JSW
12 a Taiwan corporation

13                 Plaintiff,

14                                          **NOTICE OF CHANGE OF FIRM NAME**
      vs.
15

16 KENSINGTON COMPUTER PRODUCTS
   GROUP,
17 a division of ACCO Brands Corporation, a
   Delaware corporation; GWC TECHNOLOGY,
18 INC., a California corporation; GOOD WAY
   TECH. CO., LTD., a Taiwan corporation; and
19 GOOD WAY ELECTRONICS, a China
   corporation.
20

21                 Defendant.

22

23

24

25

26

27 ///

28 ///

**NOTICE OF CHANGE OF FIRM NAME**
**CASE NO.: C 07-05707 JSW**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the law firm of Wang, Hartmann & Gibbs, P.C. has changed its name to Wang, Hartmann, Gibbs & Cauley, P.C.  The address and telephone numbers remain the same – 1301 Dove Street, Suite 1050, Newport Beach, California, 92660; telephone 949-833-8483; fax 949-833-2281.


Respectfully Submitted

Dated: February 13, 2008          WANG, HARTMANN, GIBBS & CAULEY


By:   /s/Richard F. Cauley
       Richard F. Cauley
       Franklin E. Gibbs
       Erick P. Wolf
       Attorneys for Plaintiff

- 2 -

**NOTICE OF CHANGE OF FIRM NAME**
**CASE NO.: C 07-05707 JSW**