1  **WANG, HARTMANN, GIBBS & CAULEY, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA  92660
   Telephone:  (949) 833-8483
5  Facsimile:   (949) 833-2281

6  Attorneys for Plaintiff, Magic Control Technologies

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MAGIC CONTROL TECHNOLOGIES,<br>a Taiwan corporation | CASE NO.: C 07-05707 JSW |
| 13              Plaintiff, | |
| 14  vs. | **PROOF OF SERVICE FOR DEFENDANT KENSINGTON COMPUTER PRODUCTS GROUP, A DIVISION OF ACCO BRANDS CORPORATION, A DELAWARE CORPORATION AND GWC TECHNOLOGY, INC., A CALIFORNIA CORPORATION AND ON INTERVENOR DISPLAYLINK CORPORATION, A WASHINGTON CORPORATION** |
| 16  KENSINGTON COMPUTER PRODUCTS GROUP,<br>17  a division of ACCO Brands Corporation, a Delaware corporation; GWC TECHNOLOGY, INC., a California corporation; GOOD WAY TECH. CO., LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a China corporation. | |
| 21              Defendant. | |

27  ///
28  ///

- 1 -
**PROOF OF SERVICE**
**CASE NO.: C 07-05707 JSW**

1  COMES NOW PLAINTIFF who hereby files the following Proof of Service on
2  Defendants Kensington Computer Products Group, a division of ACCO Brands Corporation, a
3  Delaware corporation, and GWC Technology, Inc., a California corporation and on Intervenor
4  Displaylink Corporation, a Washington Corporation:

5
6  1. Order Setting Case Management Conference and Requiring Joint Case Management
7  Conference Statement

8
9                                      Respectfully Submitted
10 Dated: February 14, 2008            WANG, HARTMANN, GIBBS & CAULEY
11
12                                     By:  /s/Richard F. Cauley
                                            Richard F. Cauley
13                                          Franklin E. Gibbs
                                            Erick P. Wolf
14                                          Attorneys for Plaintiff

## PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On February 14, 2008 I served the foregoing document, described as

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action

XXX   by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Mr. James Yoon (jyoon@wsgr.com)
Mr. Ryan Smith (rsmith@wsgr.com)
Ms. Stefani E. Shanberg (sshanberg@wsgr.com)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
*Attorney for Displaylink Corporation, Kensington Computer Products Group, and GWC Technology, Inc.*

X   BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on February 14, 2008

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX   I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 14, 2008, at Newport Beach, California.

*Amber Yordy*
Amber Yordy