**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Magic Control Technology Corporation,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>GWC Technology Inc.,<br><br>                    Defendant(s). | 07-05707 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-05707 JSW                                                           -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: February 27, 2008
9                  RICHARD W. WIEKING
                   Clerk
10                 by:   Timothy J. Smagacz
11
12                 _____
                   ADR Administrative Assistant
                   415-522-4205
13                 Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-05707 JSW                                     -2-

PROOF OF SERVICE

Case Name:     Magic Control Technology Corporation v. GWC Technology Inc.

Case Number:   07-05707 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 27, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Richard F. Cauley
> Wang, Hartmann Gibbs & Cauley, P.C.
> 1301 Dove Street
> Suite 1050
> Newport Beach, CA 92660
> rcauley@jcpw.com
>
> Erick Packard Wolf
> Wang, Hartmann, Gibbs &  Cauley, P.C.
> 1301 Dove Street
> Suite 1050
> Newport Beach, CA 92660
> ewolf@whglawfirm.com
>
> Franklin Eugene Gibbs
> Wang, Hartmann, Gibbs & Cauley, P.C.
> 1301 Dove Street
> Suite 1050
> Newport Beach, CA 92660
> fgibbs@whglawfirm.com

Stefani Elise Shanberg
Wilson Sonsini Goodrich & Rosati P.C.
650 Page Mill Road
Palo Alto, CA 94304
sshanberg@wsgr.com

James Chung-Yul Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304-1050
jyoon@wsgr.com

Ryan R. Smith
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rsmith@wsgr.com

Good Way Tec Co Ltd
,

Good Way Electronics
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov