| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155 (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717 (sshanberg@wsgr.com)<br>BRIAN DIETZEL<br>  *Pro Hac Vice* (bdietzel@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>Attorneys for Intervenor<br>DISPLAYLINK CORPORATION and<br>Defendant KENSINGTON COMPUTER<br>PRODUCTS | RICHARD F. CAULEY<br>  State Bar No. 109194<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>WANG, HARTMANN, GIBBS, & CAULEY<br>Professional Corporation<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>Telephone: (949) 833-8483<br>Facsimile:  (949) 833-2281<br>Email:  rcauley@WHGLawFirm.com<br><br>Attorneys for Plaintiff<br>MAGIC CONTROL TECHNOLOGY<br>CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>    Plaintiff,<br><br>v.<br><br>KENSINGTON COMPUTER PRODUCTS,<br><br>    Defendant. | CASE NO.:  C 07-05707 JSW<br><br>STIPULATION REQUESTING TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM MARCH 14, 2008 TO MAY 16, 2008 |

WHEREAS, pursuant to this Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement of February 6, 2008, the parties to this action are scheduled to appear before the Court for a Case Management Conference on March 14, 2008, at 1:30 p.m.;

WHEREAS, intervenor DisplayLink Corporation ("DisplayLink") and plaintiff Magic Control Technology Corporation ("MCT") are involved in related litigation before the Honorable Ronald M. Whyte, Case No. 5:07-CV-01998-RMW (the "DisplayLink Declaratory Judgment Action");

1  WHEREAS, on November 14, 2007, DisplayLink and MCT filed a Stipulated Notice of Related Case Pursuant to Civil Local Rule 3-12 and Administrative Motion Pursuant to Local Rule 7-11 stipulating that the above-captioned action and DisplayLink Declaratory Judgment Action are related and requesting consolidation of the actions, a copy of which is attached as Exhibit A to the Declaration of Stefani E. Shanberg submitted herewith;

WHEREAS, Judge Whyte has not yet ruled regarding the relatedness and consolidation of the above-captioned action and the DisplayLink Declaratory Judgment Action;

WHEREAS, DisplayLink and MCT are scheduled to be before Judge Whyte for a Case Management Conference and *Markman* Hearing on April 29, 2008, and intend to raise these issues at that time;

WHEREAS, the above-captioned action is likely to be found related to the DisplayLink Declaratory Judgment Action and consolidated before Judge Whyte;

WHEREAS, DisplayLink, Kensington Computer Products ("Kensington"), and MCT believe there is good cause to reschedule the Case Management Conference before this Court until Judge Whyte has ruled regarding the relatedness and consolidation of the above-captioned action and the DisplayLink Declaratory Judgment Action;

WHEREAS, DisplayLink and MCT anticipate that Judge Whyte will rule on these issues at or shortly after April 29;

WHEREAS, no prior changes have been made to the schedule in this case.

///

1  IT IS HEREBY STIPULATED AND AGREED between DisplayLink, Kensington, and
2  MCT, through their respective counsel, that the Case Management Conference currently
3  scheduled before this Court for March 14, 2008 shall be rescheduled to May 16, 2008 at 1:30
4  p.m., or such other time as may be convenient for the Court.

5

6  Dated: March 4, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
7

8
                                                By:   /s/ Stefani E. Shanberg
9                                                     Stefani E. Shanberg

10                                              Attorneys for Intervenor
                                                DisplayLink Corporation and Defendant
11                                              Kensington Computer Products

12
    Dated: March 4, 2008                        WANG, HARTMANN, GIBBS, & CAULEY
13                                              A Professional Corporation

14

15                                              By:   /s/ Richard F. Cauley
                                                      Richard F. Cauley
16

17                                              Attorneys for Plaintiff
                                                Magic Control Technology Corporation
18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22  Date: March __, 2008                        _____
23                                              The Honorable Jeffrey S. White

24

25

26

27

28

## ATTESTATION CLAUSE

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs, P.C. has concurred in this filling

Dated: March 4, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Intervenor DisplayLink Corporation and Defendant Kensington Computer Products