1  JAMES C. YOON, State Bar No. 177155
     Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
     Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

*E-FILED - 4/29/08*

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; <br><br> Defendant. | CASE NO.: 5:07-CV-01998-RMW <br><br> [XXXXXXXX] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION RELATING CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |
| MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> DISPLAYLINK CORPORATION, a Washington Corporation, <br><br> Counterclaim Defendant. | CASE NO.: C-07-05707-JSW |

Having considered the Stipulated Administrative Motion Relating Cases and the papers submitted in support of such notice and motion, and good cause appearing:

[XXXXXX] ORDER
CASE NO. 5:07-CV-01998-RMW                    -1-                                3234708_1.DOC

1  IT IS HEREBY ORDERED that the parties' Stipulated Administrative Motion to Relate
2  Cases is granted pursuant to L.Rs. 3-12 and 7-11. The Court finds that the present action is
3  related to Civil Action No. 3:07-05707-MEJ, *Magic Control Technology, Corp. v. Kensington*
4  *Computer Products Group*, pending in the San Francisco Division of this Court before U.S.
5  Magistrate Judge Maria-Elena James. The Court, therefore, orders that Civil Action No. 3:07-
6  05707-MEJ is reassigned pursuant to L.R. 3-12(f)(3) to the Honorable Ronald M. Whyte.

Dated:   April 24, 2008

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Presented by:

/s/ Stefani E. Shanberg
Stefani E. Shanberg

JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION