1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MAGIC CONTROL TECHNOLOGY,            *E-FIELD - 5/15/08*
     CORPORATION,
12                                        CASE NO.: C-07-05707-RMW
                  Plaintiff,              *(Case is Related to C-07-01998-RMW)*
13
                                          CLERK'S NOTICE OF SETTING
14           v.                           CASE MANAGEMENT CONFERENCE

15   DISPLAYLINK CORPORATION,

16                Defendant.

17

18       PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **June

19   6, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in

20   courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties

21   are required to file a Joint Case Management Statement by May 30, 2008.

22       If the above-entitled matter settles counsel are required to notify the Court by contacting the

23   Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

24

25   DATED: May 15, 2008

26                                        BY: _Jackie Lynn Ca_____

27                                              JACKIE GARCIA
                                                Courtroom Deputy for
28                                              Honorable Ronald M. Whyte

1

2

Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28