UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGIC CONTROL TECHNOLOGIES, a
Taiwan corporation

                Plaintiff(s),

    v.

KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware corporation; GWC TECHNOLOGY, INC., a California corporation; GOOD WAY TECH. CO., LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a China corporation.

                Defendant.
_____/

Case No. C-07-05707 RMW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they

have not yet reached an agreement to an ADR process.

Date of Case Management Conference: June 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Stefani Shanberg | Kensington Computer Products Group and GWC Technology, Inc. | (650) 565-3645 | sshanberg@wsgr.com |
| Richard Cauley | Magic Control Technologies | (949)833-8483 | richardcauley@whgclaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit* (adr@cand.uscourts.gov) *will notify you of the date and time of your phone conference.*

Dated: May 20, 2008 /s/Richard F. Cauley
Richard F. Cauley
WANG, HARTMAN, GIBBS & CAULEY, P.L.C.
Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281
Email: richardcauley@whgclaw.com

Attorneys for Magic Control Technology Corporation

Dated: May 20, 2008 /s/Stefani Shanberg
Stefani Shanberg
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sshanberg@wsgr.com

Attorneys for Defendant
Kensington Computer Products Group and GWC Technology, Inc.

## ATTESTATION CLAUSE

I, Richard F. Cauley, am the ECF User whose identification and password are being used to file this Notice. In compliance with General Order 45.X.B., I hereby attest that Stefani E. Shanberg of Wilson Sonsini Goodrich & Rosati P.C. has concurred in this filling.

Dated: May 20, 2008                By:    /s/Richard_F. Cauley_____
                                          Richard F. Cauley
                                          Attorneys for Defendant and Counterclaim
                                          Plaintiff MAGIC CONTROL
                                          TECHNOLOGY CORPORATION