1  JAMES C. YOON
      State Bar No. 177155 (jyoon@wsgr.com)
2  STEFANI E. SHANBERG
      State Bar No. 206717 (sshanberg@wsgr.com)
3  MONICA M. ENO
      State Bar No. 164107 (meno@wsgr.com)
4  ROBIN L. BREWER
      State Bar No. 253686 (rbrewer@wsgr.com)
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Intervenor DISPLAYLINK
9  CORPORATION and Defendants
   KENSINGTON COMPUTER PRODUCTS
10 GROUP, and GWC TECHNOLOGY, INC.

RICHARD F. CAULEY
   State Bar No. 109194
FRANKLIN E. GIBBS
   State Bar No. 189015
WANG, HARTMANN, GIBBS & CAULEY
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone: (949) 833-8483
Facsimile:  (949) 833-2281
Email:  richardcauley@whgclaw.com

Attorneys for Plaintiff
MAGIC CONTROL TECHNOLOGY
CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

| | |
|---|---|
| 16  MAGIC CONTROL TECHNOLOGY<br>CORPORATION, a Taiwanese Corporation, | CASE NO.:  5:07-CV-05707-RMW |
| 17         Plaintiff, | RELATED CASE NO.: 5:07-CV-01998-RMW |
| 18    v. | |
| 19  KENSINGTON COMPUTER PRODUCTS<br>GROUP, a division of ACCO Brands | **STIPULATION REQUESTING TO RESCHEDULE INITIAL CASE** |
| 20  Corporation, a Delaware Corporation; GWC<br>TECHNOLOGY INC., a California corporation; | **MANAGEMENT CONFERENCE FROM JUNE 6, 2008 TO JULY 25, 2008** |
| 21  GOOD WAY TECHNOLOGY CO. LTD., a<br>Taiwan corporation; and GOOD WAY | |
| 22  ELECTRONICS, a Washington corporation, | |
| 23         Defendants, | |
| 24  DISPLAYLINK CORPORATION, a Washington<br>corporation, | |
| 25         Intervenor. | |

27

28

1  WHEREAS, pursuant to this Court's Order Setting Case Management Conference of
2  May 15, 2008, the parties to this action are scheduled to appear before the Court for a Case
3  Management Conference on June 6, 2008, at 10:30 a.m.;
4  WHEREAS, pursuant to Civil Local Rule 16-3, lead trial counsel is required to attend the
5  Initial Case Management Conference;
6  WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the parties must confer at
7  least 21 days before the Case Management Conference;
8  WHEREAS, James C. Yoon, lead counsel for Intervenor DisplayLink Corporation
9  ("DisplayLink") and Defendants Kensington Computer Products Group ("Kensington") and
10  GWC Technology, Inc. ("GWC") is currently in Taiwan for depositions in an unrelated case and
11  will return not return until the end of June;
12  WHEREAS, DisplayLink, Kensington, GWC, and Plaintiff Magic Control Technology
13  Corporation ("MCT") believe there is good cause to reschedule the Case Management
14  Conference before this Court until James C. Yoon has returned from Taiwan;
15  WHEREAS, the parties believe that they will be able to complete the Federal Rules of
16  Civil Procedure Rule 26(f) conference during the week of June 30, 2008;
17  WHEREAS, no previous modifications have been made to the schedule in this case since
18  it was related to Case No. 5:07-CV-01998-RMW and pending before this Court;
19  WHEREAS, any impact this stipulation has on the remainder of the procedural schedule
20  for this case will be by seven (7) weeks or less;
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1   IT IS HEREBY STIPULATED AND AGREED between DisplayLink, Kensington,
2   GWC, and MCT, through their respective counsel that the Case Management Conference
3   currently scheduled before this Court for June 6, 2008, shall be rescheduled to July 25, 2008, or
4   such other time as may be convenient for the Court.

6   Dated: May 23, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

                                                 By:  /s/ Stefani E. Shanberg
                                                      Stefani E. Shanberg

                                                 Attorneys for Intervenor DISPLAYLINK
                                                 CORPORATION and Defendants
                                                 KENSINGTON COMPUTER PRODUCTS
                                                 GROUP and GWC TECHNOLOGY, INC.

    Dated: May 23, 2008                          WANG, HARTMANN, GIBBS & CAULEY
                                                 A Professional Corporation

                                                 By:  /s/ Richard F. Cauley
                                                      Richard F. Cauley

                                                 Attorneys for Plaintiff
                                                 MAGIC CONTROL TECHNOLOGY
                                                 CORPORATION

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: May ____, 2008
                                                 _____
                                                 The Honorable Ronald M. Whyte

1 **ATTESTATION CLAUSE**

2     I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3 used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that

4 Richard F. Cauley of Wang, Hartmann, Gibbs & Cauley, P.L.C. has concurred in this filling

5

6 Dated: May 23, 2008                            WILSON SONSINI GOODRICH & ROSATI
7                                                     Professional Corporation

8

                                                      By: /s/ Stefani E. Shanberg
9                                                           Stefani E. Shanberg

10                                                      Attorneys for Intervenor DISPLAYLINK
                                                     CORPORATION and Defendants
11                                                      KENSINGTON COMPUTER PRODUCTS
                                                     GROUP and GWC TECHNOLOGY, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28