| | |
|---|---|
| 1  JAMES C. YOON<br>     State Bar No. 177155 (jyoon@wsgr.com)<br>2  STEFANI E. SHANBERG<br>     State Bar No. 206717 (sshanberg@wsgr.com)<br>3  MONICA M. ENO<br>     State Bar No. 164107 (meno@wsgr.com)<br>4  ROBIN L. BREWER<br>     State Bar No. 253686 (rbrewer@wsgr.com)<br>5  WILSON SONSINI GOODRICH & ROSATI<br>   Professional Corporation<br>6  650 Page Mill Road<br>   Palo Alto, CA 94304-1050<br>7  Telephone: (650) 493-9300<br>   Facsimile:  (650) 565-5100<br>8<br>   Attorneys for Intervenor DISPLAYLINK<br>9  CORPORATION and Defendants<br>   KENSINGTON COMPUTER PRODUCTS<br>10 GROUP, and GWC TECHNOLOGY, INC. | MICHAEL V. WARD<br>     State Bar No. 145751<br>KENSINGTON COMPUTER<br>PRODUCTS GROUP<br>300 Tower Parkway<br>Lincolnshire, IL 60069<br>Telephone: (847) 484-3460<br>Facsimile:  (847) 484-4144<br>Email: michael.ward@acco.com<br><br>Attorney for KENSINGTON COMPUTER<br>PRODUCTS GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY<br>CORPORATION, a Taiwanese Corporation,<br><br>              Plaintiff,<br>       v.<br><br>KENSINGTON COMPUTER PRODUCTS<br>GROUP, a division of ACCO Brands<br>Corporation, a Delaware Corporation; GWC<br>TECHNOLOGY INC., a California corporation;<br>GOOD WAY TECHNOLOGY CO. LTD., a<br>Taiwan corporation; and GOOD WAY<br>ELECTRONICS, a Washington corporation,<br><br>              Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington<br>corporation,<br><br>              Intervenor. | CASE NO.: 5:07-CV-05707-RMW<br><br>RELATED CASE NO.: 5:07-CV-01998-RMW<br><br>**NOTICE OF APPEARANCE FOR<br>CO-COUNSEL MICHAEL V. WARD** |

NOTICE OF APPEARANCE
CASE NO. 07-CV-05707-RMW

3372137_1.DOC

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that MICHAEL V. WARD, a member of the bar of this Court

3 and General Counsel for Kensington Computer Products Group, enters an appearance on behalf of

4 Defendant Kensington Computer Products Group in the above-captioned action.  Mr. Ward

5 respectfully requests service of pleadings and other papers filed in this action and any orders and

6 notices from this Court.

MICHAEL V. WARD<br>
KENSINGTON COMPUTER<br>
PRODUCTS GROUP<br>
300 Tower Parkway<br>
Lincolnshire, IL 60069<br>
Telephone:  (847) 484-3460<br>
Facsimile:  (847) 484-4144<br>
Email:  michael.ward@acco.com

13  Dated:  May 30, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Stefani E. Shanberg
       Stefani E. Shanberg

Attorneys for Intervenor DISPLAYLINK
CORPORATION and Defendants KENSINGTON
COMPUTER PRODUCTS GROUP, and GWC
TECHNOLOGY, INC.