1   JAMES C. YOON                                          RICHARD F. CAULEY
        State Bar No. 177155 (jyoon@wsgr.com)                 State Bar No. 109194
2   STEFANI E. SHANBERG                                    FRANKLIN E. GIBBS
        State Bar No. 206717 (sshanberg@wsgr.com)             State Bar No. 189015
3   MONICA M. ENO                                          WANG, HARTMANN, GIBBS & CAULEY
        State Bar No. 164107 (meno@wsgr.com)               A Professional Corporation
4   ROBIN L. BREWER                                        1301 Dove Street, Suite 1050
        State Bar No. 253686 (rbrewer@wsgr.com)            Newport Beach, CA  92660
5   WILSON SONSINI GOODRICH & ROSATI                       Telephone: (949) 833-8483
    Professional Corporation                               Facsimile:  (949) 833-2281
6   650 Page Mill Road                                     Email:  richardcauley@whgclaw.com
    Palo Alto, CA 94304-1050
7   Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
8
    Attorneys for Intervenor DISPLAYLINK                   Attorneys for Plaintiff
9   CORPORATION and Defendants                             MAGIC CONTROL TECHNOLOGY
    KENSINGTON COMPUTER PRODUCTS                           CORPORATION
10  GROUP, and GWC TECHNOLOGY, INC.

11

12                          UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION        *E-FILED - 6/5/08*

15

16  MAGIC CONTROL TECHNOLOGY                     )   CASE NO.:  5:07-CV-05707-RMW
    CORPORATION, a Taiwanese Corporation,        )
17                                               )   RELATED CASE NO.: 5:07-CV-01998-
                    Plaintiff,                   )   RMW
18          v.                                   )
                                                 )
19  KENSINGTON COMPUTER PRODUCTS                 )   **STIPULATION REQUESTING TO**
    GROUP, a division of ACCO Brands             )   **RESCHEDULE INITIAL CASE**
20  Corporation, a Delaware Corporation; GWC     )   **MANAGEMENT CONFERENCE**
    TECHNOLOGY INC., a California corporation;   )   **FROM JUNE 6, 2008 TO JULY 25, 2008**
21  GOOD WAY TECHNOLOGY CO. LTD., a              )   **AND ORDER**
    Taiwan corporation; and GOOD WAY            )
22  ELECTRONICS, a Washington corporation,       )
                                                 )
23                  Defendants,                  )
                                                 )
24  DISPLAYLINK CORPORATION, a Washington )
    corporation,                                 )
25                                               )
                    Intervenor.                  )
26  _____ )

27

28

STIPULATION                                      Stipulation for Extension of Time for CMC.doc
CASE NO. 07-CV-05707-RMW

1    WHEREAS, pursuant to this Court's Order Setting Case Management Conference of

2  May 15, 2008, the parties to this action are scheduled to appear before the Court for a Case

3  Management Conference on June 6, 2008, at 10:30 a.m.;

4    WHEREAS, pursuant to Civil Local Rule 16-3, lead trial counsel is required to attend the

5  Initial Case Management Conference;

6    WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the parties must confer at

7  least 21 days before the Case Management Conference;

8    WHEREAS, James C. Yoon, lead counsel for Intervenor DisplayLink Corporation

9  ("DisplayLink") and Defendants Kensington Computer Products Group ("Kensington") and

10  GWC Technology, Inc. ("GWC") is currently in Taiwan for depositions in an unrelated case and

11  will return not return until the end of June;

12    WHEREAS, DisplayLink, Kensington, GWC, and Plaintiff Magic Control Technology

13  Corporation ("MCT") believe there is good cause to reschedule the Case Management

14  Conference before this Court until James C. Yoon has returned from Taiwan;

15    WHEREAS, the parties believe that they will be able to complete the Federal Rules of

16  Civil Procedure Rule 26(f) conference during the week of June 30, 2008;

17    WHEREAS, no previous modifications have been made to the schedule in this case since

18  it was related to Case No. 5:07-CV-01998-RMW and pending before this Court;

19    WHEREAS, any impact this stipulation has on the remainder of the procedural schedule

20  for this case will be by seven (7) weeks or less;

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

1      IT IS HEREBY STIPULATED AND AGREED between DisplayLink, Kensington,

2   GWC, and MCT, through their respective counsel that the Case Management Conference

3   currently scheduled before this Court for June 6, 2008, shall be rescheduled to July 25, 2008, or

4   such other time as may be convenient for the Court.

5

6   Dated:  May 23, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
7

8
                                                 By:    /s/ Stefani E. Shanberg
9                                                        Stefani E. Shanberg

10                                               Attorneys for Intervenor DISPLAYLINK
                                                 CORPORATION and Defendants
11                                               KENSINGTON COMPUTER PRODUCTS
                                                 GROUP and GWC TECHNOLOGY, INC.
12

13
    Dated:  May 23, 2008                         WANG, HARTMANN, GIBBS & CAULEY
14                                               A Professional Corporation

15

16                                               By:    /s/ Richard F. Cauley
                                                        Richard F. Cauley
17
                                                 Attorneys for Plaintiff
18                                               MAGIC CONTROL TECHNOLOGY
                                                 CORPORATION
19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Dated: June 5, 2008         _Ronald M. Whyte_____
                                                 The Honorable Ronald M. Whyte
23

24

25

26

27

28

1

**ATTESTATION CLAUSE**

2       I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3  used to file this Stipulation.  In compliance with General Order 45.X.B., I hereby attest that

4  Richard F. Cauley of Wang, Hartmann, Gibbs & Cauley, P.L.C. has concurred in this filling

5

6  Dated:  May 23, 2008                                  WILSON SONSINI GOODRICH & ROSATI
                                                         Professional Corporation
7

8
                                                         By:   /s/ Stefani E. Shanberg
9                                                              Stefani E. Shanberg

10                                                        Attorneys for Intervenor DISPLAYLINK
                                                         CORPORATION and Defendants
11                                                        KENSINGTON COMPUTER PRODUCTS
                                                         GROUP and GWC TECHNOLOGY, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28