UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGIC CONTROL TECHNOLOGIES, a
Taiwan corporation

                    Plaintiff(s),

v.

KENSINGTON COMPUTER PRODUCTS
GROUP, a division of ACCO Brands
Corporation, a Delaware corporation; GWC
TECHNOLOGY, INC., a California corporation;
GOOD WAY TECH. CO., LTD., a Taiwan
corporation; and GOOD WAY ELECTRONICS,
a China corporation.

                    Defendant.

Case No. C-07-05707 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 30, 2008

*/s/ Michael V. Ward*
Michael V. Ward
KENSINGTON COMPUTER
PRODUCTS GROUP

Dated: 6/9/2008

*/s/ Stefani E. Shanberg*
Stefani E. Shanberg
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant KENSINGTON
COMPUTER PRODUCTS GROUP and GWC
TECHNOLOGY, INC. and Intervenor
DISPLAYLINK CORPORATION