UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGIC CONTROL TECHNOLOGIES,
a Taiwan corporation

        Plaintiff,

v.

KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware corporation; GWC TECHNOLOGY, INC., a California corporation; GOOD WAY TECH. CO., LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a China corporation.

Case No. C-07-05707 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 20, 2008

*James Liu*
MAGIC CONTROL TECHNOLOGIES

Dated: 6/25/08

Richard F. Cauley
Franklin E. Gibbs
Erick P. Wolf
WANG, HARTMANN, GIBBS & CAULEY
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Plaintiff
MAGIC CONTROL TECHNOLOGIES