JAMES C. YOON
State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG
State Bar No. 206717 (sshanberg@wsgr.com)
MONICA M. ENO
State Bar No. 164107 (meno@wsgr.com)
ROBIN L. BREWER
State Bar No. 253686 (rbrewer@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Intervenor DISPLAYLINK
CORPORATION and Defendants
KENSINGTON COMPUTER PRODUCTS
GROUP, and GWC TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation,<br><br>Plaintiff,<br>v.<br><br>KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware Corporation; GWC TECHNOLOGY INC., a California corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a Washington corporation,<br><br>Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington corporation,<br><br>Intervenor. | CASE NO.: 5:07-CV-05707-RMW<br><br>RELATED CASE NO.: 5:07-CV-01998-RMW<br><br>**DISPLAYLINK CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

DISPLAYLINK'S INTERESTED PARTIES STATEMENT
CASE NO. 07-CV-05707-RMW

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intervenor DisplayLink Corporation and the undersigned counsel of record certify that DisplayLink Corporation ("DisplayLink") is a privately held company and that currently there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITES OR PERSONS

Pursuant to Civil L.R. 3-16, Intervenor DisplayLink and the undersigned counsel of record certify, in addition to the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Interested Parties | Connection |
| --- | --- |
| Atlas Venture | Investor/Shareholder |
| Benchmark Europe | Investor/Shareholder |
| Espirit Capital | Investor/Shareholder |
| Martin King | Investor/Shareholder |
| Henry Happel | Investor/Shareholder |
| David Mooring | Investor/Shareholder |

Dated: July 9, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/     Monica M. Eno
        Monica Mucchetti. Eno

Attorneys for Intervenor DISPLAYLINK CORPORATION and Defendants KENSINGTON COMPUTER PRODUCTS GROUP and GWC TECHNOLOGY, INC.