JAMES C. YOON
  State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG
  State Bar No. 206717 (sshanberg@wsgr.com)
MONICA M. ENO
  State Bar No. 164107 (meno@wsgr.com)
ROBIN L. BREWER
  State Bar No. 253686 (rbrewer@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Intervenor DISPLAYLINK
CORPORATION and Defendants
KENSINGTON COMPUTER PRODUCTS
GROUP, and GWC TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation,<br><br>  Plaintiff,<br>v.<br><br>KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware Corporation; GWC TECHNOLOGY INC., a California corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a Washington corporation,<br><br>  Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington corporation,<br><br>  Intervenor. | CASE NO.:  5:07-CV-05707-RMW<br><br>RELATED CASE NO.: 5:07-CV-01998-RMW<br><br>**KENSINGTON COMPUTER PRODUCTS GROUP'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kensington Computer Product Group and the undersigned counsel of record certify that Kensington Computer Product Group ("Kensington") is a division of ACCO Brands USA LLC (DE), which is a subsidiary of ACCO Brands Corporation (DE). ACCO Brands Corporation (DE) is a public company and its stock is traded on the NYSE under the ticker symbol: ABD.

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-16, Defendant Kensington and the undersigned counsel of record certify that ACCO Brands USA LLC (DE) and ACCO Brands Corporation (DE):  (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated:  July 9, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/          Monica M. Eno
         Monica Mucchetti. Eno

Attorneys for Intervenor DISPLAYLINK CORPORATION and Defendants KENSINGTON COMPUTER PRODUCTS GROUP and GWC TECHNOLOGY, INC.