1  JAMES C. YOON
     State Bar No. 177155 (jyoon@wsgr.com)
2  STEFANI E. SHANBERG
     State Bar No. 206717 (sshanberg@wsgr.com)
3  MONICA M. ENO
     State Bar No. 164107 (meno@wsgr.com)
4  ROBIN L. BREWER
     State Bar No. 253686 (rbrewer@wsgr.com)
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8

9  Attorneys for Intervenor DISPLAYLINK
   CORPORATION and Defendants
10 KENSINGTON COMPUTER PRODUCTS
   GROUP, and GWC TECHNOLOGY, INC.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware Corporation; GWC TECHNOLOGY INC., a California corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a Washington corporation,<br><br>　　　　Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington corporation,<br><br>　　　　Intervenor. | CASE NO.: 5:07-CV-05707-RMW<br><br>RELATED CASE NO.: 5:07-CV-01998-RMW<br><br>**GWC TECHNOLOGY, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

GWC'S INTERESTED PARTIES STATEMENT
CASE NO. 07-CV-05707-RMW

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GWC Technology, Inc. ("GWC") and the undersigned counsel of record certify that GWC is a subsidiary of Good Way Technology Co., Ltd., which is a Taiwan company.

## CERTIFICATION OF INTERESTED ENTITES OR PERSONS

Pursuant to Civil L.R. 3-16, Defendant GWC and the undersigned counsel of record certify that Good Way Technology, Co. Ltd. (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: July 15, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/    Monica M. Eno
      Monica Mucchetti Eno

Attorneys for Intervenor DISPLAYLINK CORPORATION and Defendants KENSINGTON COMPUTER PRODUCTS GROUP and GWC TECHNOLOGY, INC.