# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: July 25, 2008

Case No. C-07-5707-RMW          JUDGE: Ronald M. Whyte
*(Related to C-07-01998-RMW)*

MAGIC CONTROL TECHNOLOGY          -V- DISPLAYLINK CORPORATION
Title

R. Cauley                              S. Shanberg
**Attorneys Present (Plaintiff)**          **Attorneys Present  (Defendant)**

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

### PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

## ORDER AFTER HEARING

 **Hearing Held.  The parties agreed to consolidate case with case no.: C-07-01998-RMW.  The parties are to submit a proposed consolidation order and the Court will adopt the case schedule from the earlier filed case.**