| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155<br>  (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717<br>  (sshanberg@wsgr.com)<br>ROBIN L. BREWER<br>  State Bar No. 253686<br>  (rbrewer@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100 | JOHN D. van LOBEN SELS<br>  State Bar No. 201354<br>  (jvanlobensels@whgclaw.com)<br>RICHARD F. CAULEY<br>  State Bar No. 109194<br>  (rcauley@whgclaw.com)<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>  (fgibbs@whgclaw.com)<br>WANG, HARTMANN, GIBBS & CAULEY<br>Professional Corporation<br>2570 W. El Camino Real, Suite 440<br>Mountain View, CA  94040<br>Telephone: (650) 209-1230<br>Facsimile:  (650) 209-1231 |
| Attorneys for Intervenor DISPLAYLINK CORPORATION and Defendants KENSINGTON COMPUTER PRODUCTS GROUP, and GWC TECHNOLOGY, INC. | Attorneys for Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/12/09*

| | |
|---|---|
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation,<br><br>            Plaintiff,<br>    v.<br><br>KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware Corporation; GWC TECHNOLOGY INC., a California corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a Washington corporation,<br><br>            Defendants,<br><br>DISPLAYLINK CORPORATION, a Washington corporation,<br><br>            Intervenor.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  5:07-CV-05707-RMW<br><br>RELATED CASE NO.: 5:07-CV-01998-RMW<br><br>**STIPULATION AND []**<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND []
ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 07-CV-05707-RMW

3706316_1

Plaintiff Magic Control Technology, Corporation ("MCT"), Intervenor DisplayLink Corporation ("DisplayLink") and Defendants Kensington Computer Products Group ("Kensington") and GWC Technology, Inc. ("GWC"), by and through their undersigned counsel, hereby stipulate that all claims for relief in the above identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and pursuant to a confidential license agreement between DisplayLink and MCT.

The Parties stipulate that each party shall be responsible for its own fees and costs.

Respectfully submitted,

Dated:  June 25, 2009               WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:    /s/ Stefani E. Shanberg
                                            Stefani E. Shanberg

                                     Attorneys for Intervenor DISPLAYLINK
                                     CORPORATION and Defendants
                                     KENSINGTON COMPUTER PRODUCTS
                                     GROUP and GWC TECHNOLOGY, INC.


Dated:  June 25, 2009               WANG, HARTMANN, GIBBS & CAULEY
                                     A Professional Corporation


                                     By:    /s/ John D. van Loben Sels
                                            John D. van Loben Sels

                                     Attorneys for Defendant and Counterclaim
                                     Plaintiff
                                     MAGIC CONTROL TECHNOLOGY
                                     CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  __ 8/12/09 _____      _Ronald M. Whyte_____
                                     The Honorable Ronald M. Whyte

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that John D. van Loben Sels of Wang, Hartmann, Gibbs & Cauley, P.L.C. has concurred in this filling

Dated: June 25, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Stefani E. Shanberg
         Stefani E. Shanberg

Attorneys for Intervenor DISPLAYLINK CORPORATION and Defendants KENSINGTON COMPUTER PRODUCTS GROUP and GWC TECHNOLOGY, INC.